UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-445 (DWF/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>PARCEL OF REAL PROPERTY LOCATED IN MALMO, AITKIN COUNTY, MINNESOTA WITH ALL BUILDINGS, APPURTENANCES AND IMPROVEMENTS THERETO;<br>1999 FORD EXPLORER, MINNESOTA LICENSE, #CEE 503, V.I.N. #1FMZU34X6XUA59217;<br>1997 DAEWOO SKID-STEER LOADER DSL 801 (BOBCAT) WITH ATTACHMENTS, V.I.N. #AB-00583;<br>1986 JOHN DEERE 450 E CRAWLER DOZER (BULLDOZER) V.I.N. #T0450EW726942; and<br>1981 DROTT CASE 50 BEC BACKHOE, V.I.N. #6279906,<br><br>DEFENDANTS. | WARRANT OF ARREST AND NOTICE IN REM |

TO THE MARSHAL OF THE UNITED STATES OF AMERICA FOR THE DISTRICT OF MINNESOTA:

WHEREAS, the plaintiff filed a verified Amended Complaint for Forfeiture with supporting affidavit in the United States District Court for the District of Minnesota on April 13, 2000, against the defendants for the reasons specified in the Amended Complaint;

And, the Court being satisfied that, based on the government's verified Amended Complaint for Forfeiture with supporting affidavit there is probable cause to believe that the defendants are subject to forfeiture as alleged in the Amended Complaint for Forfeiture



(2)

FILED APR 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

and supporting affidavit and that grounds for issuance of a Warrant of Arrest and Notice _In_ _Rem_ exist;

NOW, THEREFORE, YOU ARE HEREBY COMMANDED to arrest the defendants and maintain custody of the defendants as provided for by 19 U.S.C. § 1605 until further order of the Court and to use your discretion and whatever means appropriate to protect and maintain the defendants.

YOU ARE HEREBY COMMANDED to execute process on the defendant real property by affixing a copy of this Warrant in a conspicuous place on the defendant real property located in Malmo, Minnesota and by leaving a copy of the Amended Complaint and process with the person having possession of the defendant property or their agent.

YOU ARE FURTHER COMMANDED NOT to take possession of, seize or otherwise take into custody the defendant real property, and you are not responsible for the care or maintenance of the defendant real property during the pendency of this civil forfeiture action.

Upon execution of this Warrant, you are authorized, upon reasonable notice, to enter upon said real property to inspect the internal structure of any buildings, improvements and appurtenances thereon, including photographing and videotaping in order to inventory and to document any damage or safety concerns. You are also authorized to obtain the services of a certified appraiser and, upon reasonable notice, to enter upon said real property to conduct an appraisal to determine the value of said real property.

YOU ARE HEREBY FURTHER COMMANDED to serve a copy of this Warrant of Arrest and Notice In Rem, the Summons and the Amended Complaint for Forfeiture and Amended Notice of Lis Pendens on all known persons and entities claiming the defendants or having any interest in the defendants and to give due notice to them by such service to show by claim and answer why the defendants should not be forfeited to the plaintiff, such notice providing that:

PURSUANT TO RULE C(6) OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS, FEDERAL RULES OF CIVIL PROCEDURE, the claimant of the defendants shall file a claim with the Clerk of the United States District Court, 202 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, and serve a copy on the United States Attorney, 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Attn: Mary Trippler, AUSA, within ten (10) days after execution of this process or within such additional time as may be allowed by the Court. The claimant shall file and serve an answer to the Amended Complaint for Forfeiture within twenty (20) days after the claim is filed. IF THE CLAIMANT FAILS TO STRICTLY COMPLY WITH RULE C(6), THE PLAINTIFF MAY MOVE THE COURT TO STRIKE THE CLAIM AND/OR ANSWER AND TO ENTER JUDGMENT AGAINST THE CLAIMANT AND THE DEFENDANTS, WHICH WILL BE DECLARED FORFEITED TO THE PLAINTIFF AND DISPOSED OF IN ACCORDANCE WITH THE LAW.

The claimant may, in addition to filing a claim and answer or

in lieu of filing a claim and answer, submit a petition for remission or mitigation of forfeiture for a non-judicial determination of their claim. The petition must conform to the requirements outlined at 28 C.F.R. §§ 9.1-9.7 and be submitted in triplicate to the United States Attorney, 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Attn: Mary Trippler, AUSA, within 30 days after execution of this process.

YOU ARE FURTHER HEREBY COMMANDED, should the defendants not be released within ten days after execution of this process under appropriate order of this Court, to publish notice of this action and arrest in the Finance and Commerce, 615 South Seventh Street, Minneapolis, Minnesota 55415, a newspaper of general circulation in the district in which the defendants were originally seized. Publication will be once a week for three consecutive weeks and will specify the procedure for filing a claim and answer.

YOU ARE FURTHER HEREBY COMMANDED, after execution of this process, to promptly file the Warrant of Arrest and Notice In Rem with the Clerk of Court.

Dated: April 17, 2000

Raymond L. Erickson

RAYMOMD L. ERICKSON
United States Magistrate Judge