**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

Civil No. 00-445(DWF/RLE)

v.

**ORDER TO REOPEN**

"SOUTH HALF OF THE SOUTHWEST QUARTER OF SECTION 21, TOWNSHIP 45, RANGE 25, AITKIN COUNTY MINNESOTA," With Any And All Appurtenances Thereto And Any And All Proceeds From Its Sale Or Transfer, Parcel of Real Property Located In Malmo, Aitkin County, Minnesota, Legally Described As,

Defendants.

On November 13, 2000, this Court signed an order to a stipulated expedited settlement agreement between the United States of America and Bremer Bank, National Association, Docket No. 14, and the case was closed. The Court, thereafter, was advised by counsel that this order did not involve all of the parties and the case was still active.

**IT IS ORDERED** that the Clerk of Court reopen this case and place it back on the trial calendar. Counsel are directed to immediately call Magistrate Judge Raymond L. Erickson to amend their pretrial schedule to reflect a reasonable timetable to become trial ready.

Dated: December 21, 2000

DONOVAN W. FRANK
Judge of United States District Court

FILED DEC 21 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________