ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-445 (DWF/RLE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>PARCEL OF REAL PROPERTY LOCATED IN MALMO, AITKIN COUNTY, MN, ET AL.,<br><br>DEFENDANTS. | ) | ENTRY OF DEFAULT |

It appearing that Guadalupe Wahlstrom, Robert Enga, Itasca County and all unknown persons and entities having an interest in the defendants are in default for failure to file a claim and answer or otherwise defend in this action as provided for by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims;

Now, therefore, on application of the plaintiff, acting through its attorneys of record,

DEFAULT IS HEREBY ENTERED against Guadalupe Wahlstrom, Robert Enga, Itasca County and all unknown persons and entities having an interest in the defendant this 22 day of January, 2001.

Deputy CLERK, UNITED STATES DISTRICT COURT