UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
412 UNITED STATES COURTHOUSE
515 W. FIRST ST.
DULUTH, MINNESOTA 55802

CHAMBERS OF
HON. RAYMOND L. ERICKSON

PHONE
(218) 529-3520
FAX
(218) 529-3529

February 21, 2001

To: Mr. Daniel C. Guerrero
Meshbesher & Spence
1616 Park Ave.
Minneapolis, MN 55402

Mr. Charles L. Hawkins
Hawkins Law Office
2890 Lincoln Center
333 S. 7th St.
Minneapolis, MN 55402

**LETTER ORDER**

Re: USA v. South Half, etc., et al.
Civ. No. 00-445 (DWF/RLE)

Dear Counsel:

On February 1, 2001, you filed Claimants' Notice of Motion and Motion to Add Parties [Docket No. 20]; and Claimants' Notice of Motion and Motion to Set Aside Default [Docket No. 21], in the above-entitled action. The Motions have been stricken because they are in non-compliance with Local Rule 7.1(a) (non-dispositive motion practices). The Plaintiff has filed a Motion to Reset Hearing To Add Parties and To Set Aside Default [Docket No. 22]. Because of the striking of the above Motions, this Letter Order moots the Plaintiff's Motion to Reset Hearing.

You are to assume responsibility to properly file all required documents, and to arrange with Victoria L. Miller, Calendar Clerk to Magistrate Judge Raymond L. Erickson, for scheduling a hearing on the Motion.

**The Clerk of Court is directed to strike the Motions [Dockets No. 20 and 21].**

Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge

cc: Clerk of Court
Counsel of Record

(24)

FILED FEB 21 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______