UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs. NOTICE OF HEARING

Parcel of Real Property Located in Malmo, Aitkin County, Minnesota, with all buildings, appurtenances and improvements thereto; 1999 Ford Explorer, Minnesota License #CEE 503, V.I.N. #1FMZU34X6XUA59217; 1997 Daewoo Skid-Steer Loader DSL 801 (bobcat) with attachments, V.I.N. #AB-00583; 1986 John Deere 450 E Crawler Dozer (bulldozer), V.I.N. #T0450EW726942; and 1981 Drott Case 50 BEC Backhoe, V.I.N. #6279906,

Defendants. Civ. No. 00-445 (DWF/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 26th day of April, 2001.

* * *

On April 24, 2001, Claimants' Motions to enlarge time to file a claim and to vacate the default were to be heard at 11:00 a.m. in St. Paul, Minnesota. Due to the weather emergency in Duluth, Minnesota, this Court was unable to travel to the Twin Cities on April 24, 2001. The hearing on the Motions is reset **Thursday,**

FILED APR 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**May 24, 2001, at 10:00 a.m.,** in Court Room 3, United States Courthouse, 515 W. First St., Duluth, Minnesota.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE