ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-445 (DWF/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>REAL PROPERTY LOCATED IN<br>MALMO, MN, ET AL.,<br><br>DEFENDANTS. | STIPULATION FOR MODIFICATION OF PRE-TRIAL SCHEDULE AND ORDER |

The United States and Claimants Ronald Wahlstrom and Donald M. Pearson, Sr., through their respective undersigned counsel, move this Court for a modification of the pre-trial schedule in this case pursuant to Rule 16(b) of the Federal Rules of Civil Procedure.

The parties request an additional 60 days in which to complete discovery and corresponding increases in the periods in which non-dispositive and dispositive motions may be filed, scheduled and heard. This motion is necessitated by the delay in deposing Claimant Donald M. Pearson, Sr., due to health reasons.

Accordingly, the parties in this action jointly request that the pre-trial schedule be amended as follows:

1. All discovery is to be completed by August 1, 2001;

2. Non-dispositive motions are to be filed and the hearing completed prior to September 1, 2001;

3. Dispositive motions are to be scheduled, filed, served and the hearing completed prior to November 1, 2001; and



FILED JUN 20 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. The case is to be considered ready for trial by December 1, 2001.

Respectfully submitted,

Dated: 5-29-01

ROBERT M. SMALL
United States Attorney

BY: LIZABETH A. MCKIBBEN
Assistant U.S. Attorney
600 U. S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5600

Re: Joint Motion for Modification of Pre-Trial Schedule/Order
U.S. v. Real Property Located in Malmo, MN, et al.
Civil No. 00-445 (DWF/RLE)

Dated: 13 June 01

Charles L. Hawkins

BY: CHARLES L. HAWKINS
Attorney for Claimant
Donald M. Pearson, Sr.
Suite 2890
333 South Seventh Street
Minneapolis, MN 55402
612-339-6921

Re: Joint Motion for Modification of Pre-Trial Schedule/Order
U.S. v. Real Property Located in Malmo, MN, et al.
Civil No. 00-445 (DWF/RLE)

Dated: 5/30/01

MESHBESHER & SPENCE, LTD.

BY: DANIEL GUERRERO
Attorney for Claimant Ronald Wahlstrom
1616 Park Avenue
Minneapolis, MN 55404
612-339-9121

Re: Joint Motion for Modification of Pre-Trial Schedule/Order
U.S. v. Real Property Located in Malmo, MN, et al.
Civil No. 00-445 (DWF/RLE)

ORDER

Based on the foregoing Stipulation and on all the files and records herein, the Pretrial Order entered in this case is modified as set forth above.

Dated:

RAYMOND L. ERICKSON
United States Magistrate Judge