UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-445 (DWF/RLE)

ORIGINAL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | STIPULATION FOR SALE |
| V. | ) | AND ORDER |
| | ) | |
| REAL PROPERTY LOCATED IN | ) | |
| MALMO, MN, ET AL., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

The United States and Claimant Ronald Wahlstrom, through their respective undersigned counsel, hereby move for an interlocutory sale of certain of the defendants based on the following:

1. On April 13, 2000, an Amended Complaint for Forfeiture was filed against several defendant properties including a 1997 Daewoo Skid-Steer Loader DSL 801 with attachments, V.I.N. AB-00583 (Bobcat) and a 1986 John Deere 450 E Crawler Dozer, V.I.N. T0450EW726942 (Bulldozer).

2. Ronald Wahlstrom is the only person asserting a claim for the defendant Bobcat with attachments and the defendant Bulldozer.

3. The United States and Claimant Wahlstrom now agree that the defendant Bobcat with attachments and the defendant Bulldozer can be sold pending the outcome of this litigation to minimize expenses incurred for the care and preservation of these defendants and to minimize any further depreciation.

4. The United States and Claimant Wahlstrom agree that the United States Marshal shall sell the defendant Bobcat with



FILED AUG 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

attachments and the defendant Bulldozer at a public auction in accordance with law as soon as possible after the entry of an order approving the interlocutory sale. The United States and Claimant Wahlstrom further agree that, after payment of all costs incurred by the United States Marshal in the care and preservation of these defendants, including storage costs, and all costs of sale, the net proceeds shall be substituted for the res in this action and held by the United States Marshal until further order of the Court.

Accordingly, the United States and Claimant Wahlstrom request that the Court enter an order approving the interlocutory sale of the sale of the defendant Bobcat with attachments and the defendant Bulldozer.

Dated: 8-3-01

ROBERT M. SMALL
United States Attorney

BY: LIZABETH A. McKIBBEN
Assistant U.S. Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5600

RE: Stipulation for Sale and Order
U.S. v. Real Property Located in Malmo, MN, et al.
Civil No. 00-445 (DWF/RLE)

Dated: 8/7/01

MESHBESHER & SPENCE, LTD

BY: DANIEL GUERRERO
Attorney for Claimant
Ronald Wahlstrom
1616 Park Avenue
Minneapolis, MN 55404
612-339-9121

ORDER

Based on the foregoing and on all the files and records herein,

IT IS HEREBY ORDERED that:

1. the United States Marshal shall sell the defendant Bobcat with attachments and the defendant Bulldozer at public auction in accordance with law as soon as possible after entry of this order; and

2. after payment of all costs incurred by the United States Marshal for the care and preservation of these defendants and for their sale, the net proceeds shall be substituted as the res in this action, and the United States Marshal shall hold the net proceeds in escrow pending further order of the Court.

Dated: AUG 13 2001

RAYMOND L. ERICKSON
United States Magistrate Judge