**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

Parcel of Real Property Located in Malmo, Aitkin County, Minnesota, legally described as "SOUTH HALF OF THE SOUTHWEST QUARTER OF SECTION 21, TOWNSHIP 45, RANGE 25, AITKIN COUNTY MINNESOTA," with any and all appurtenances thereto and any and all proceeds from its sale or transfer,

Defendant.

Civil No. 00-445 (DWF/RLE)

**ORDER OF DISMISSAL**

---

Robert Small, Assistant United States Attorney, 600 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55415, counsel for Plaintiff.

Charles Hawkins, Esq., Hawkins Law Office, 2890 Lincoln Center, 333 South 7th Street, Minneapolis, MN 55402, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: April 3, 2002

DONOVAN W. FRANK
Judge of United States District Court

APR 0 3 2002

Filed ______________
Richard D. Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________