UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-445 (DWF/RLE)

ORIGINAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>REAL PROPERTY LOCATED IN MALMO, MN, ET AL.,<br><br>DEFENDANTS. | ORDER FOR ENFORCEMENT OF SETTLEMENT AGREEMENT |

Based on the United States' motion for enforcement of the settlement agreement reached between the government and Claimant Ronald Wahlstrom on April 2, 2002, on the Court finding that the terms of the settlement agreement are clear and unambiguous and that Claimant Wahlstrom entered into the settlement agreement voluntarily, and on all the files and records herein,

IT IS HEREBY ORDERED that Claimant Ronald Wahlstrom and his attorney shall execute the Stipulation for Settlement of Claim tendered by the government and deliver it to the government's attorney no later than 5 business days from the date of this order.

Dated: May 1, 2002

DONOVAN W. FRANK, Judge
United States District Court



MAY 0 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK