ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-445 (DWF/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>PARCEL OF REAL PROPERTY LOCATED IN MALMO, AITKIN COUNTY, MINNESOTA, WITH ALL BUILDINGS, APPURTENANCES AND IMPROVEMENTS THERETO; 1999 FORD EXPLORER, MINNESOTA LICENSE #CEE 503, V.I.N. 1FMZU34X6XUA59217; 1997 DAEWOO SKID-STEER LOADER DSL 801 (BOBCAT) WITH ATTACHMENTS, V.I.N. #AB-00583; 1986 JOHN DEERE 450 E CRAWLER DOZER (BULLDOZER), V.I.N. #T0450EW726942; AND 1981 DROTT CASE 50 BEC BACKHOE, V.I.N. #6279906,<br><br>DEFENDANT. | CERTIFICATE OF REASONABLE CAUSE |

This matter having come before this Court on the Stipulations for Settlement of Claim between the United States and Claimants Ronald Wahlstrom and Donald Pearson and the United States' motion for the issuance of a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(2), which provides that such a certificate shall be entered, notwithstanding a judgment for the claimant, if it appears that there was reasonable cause for the seizure or arrest, and

It appearing to the Court that there was reasonable cause for the seizure or arrest of the defendants, as agreed upon by the United States and Claimants Ronald Wahlstrom and Donald Pearson in

JUN 2 8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

the Stipulations for Settlement of Claim,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to 28 U.S.C. § 2465 (a)(2), neither the person who made the seizure or arrest nor the prosecutor shall be liable to suit or judgment on account of such suit or prosecution, nor shall Claimants Ronald Wahlstrom and Donald Pearson be entitled to costs, such costs having been waived by the Stipulations for Settlement of Claim.

Dated: 6-26-2002

DONOVAN W. FRANK, Judge
United States District Court