UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-445 (DWF/RLE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | MOTION FOR STAY |
| V. | ) | |
| | ) | |
| PARCEL OF REAL PROPERTY LOCATED IN MALMO, MINNESOTA, | ) | |
| | ) | |
| DEFENDANT. | ) | |

PLEASE TAKE NOTICE that, in the event this Court determines it has ancillary jurisdiction over the settlement agreement in this action, the plaintiff will move the Court for an order staying consideration of Claimant Ronald Wahlstrom's motion to enforce settlement until the conclusion of the criminal proceedings in *United States v. Ronald Wahlstrom*, Criminal No. 03-441 (JMR/RLE).

This motion is brought pursuant to 18 U.S.C. § 981(g), and is based upon the Affidavit of John Drahota, the Affidavit of Sheryl Smith, the Affidavit of Diane Wilcox, the Declaration of James S. Alexander, and all of the files and records of the proceedings herein.

Dated: June 4, 2004

THOMAS B. HEFFELFINGER
United States Attorney

s/James S. Alexander

James S. Alexander
Attorney ID No. 166145
Attorney for Plaintiff
United States Attorney's Office
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Telephone: (612) 664-5600
Fax: (612) 664-5788