UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-445 (DWF/RLE)

UNITED STATES OF AMERICA,

PLAINTIFF,

V.

PARCEL OF REAL PROPERTY
LOCATED IN MALMO, MINNESOTA,

DEFENDANT.

NOTICE OF MOTION

TO: Ronald Wahlstrom, through his attorneys Samuel J. Glover and Barry V. Voss, Suite 1050, 527 Marquette Avenue South, Minneapolis, MN 55402.

PLEASE TAKE NOTICE that on June 18, 2004 at 1:30 p.m., or as soon thereafter as counsel can be heard before the Honorable Donovan W. Frank, United States District Judge, Courtroom No. 2, United States Courthouse, St. Paul, Minnesota, the plaintiff will move the Court for an order staying consideration of Claimant Ronald Wahlstrom’s motion to enforce settlement until the conclusion of the criminal proceedings in *United States v. Ronald Wahlstrom*, Criminal No. 03-441 (JMR/RLE).

Dated: June 4, 2004

THOMAS B. HEFFELFINGER
United States Attorney

s/James S. Alexander

James S. Alexander
Attorney ID No. 166145
Attorney for Plaintiff
United States Attorney's Office
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Telephone: (612) 664-5600
Fax: (612) 664-5788