UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-445 (DWF/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>PARCEL OF REAL PROPERTY<br>LOCATED IN MALMO, MINNESOTA,<br><br>DEFENDANT. | DECLARATION OF<br>JAMES S. ALEXANDER |

1. I am an Assistant United States Attorney and one of the attorneys of record for the Plaintiff in this action.

2. Attached to this declaration are true and correct copies of the following correspondence:

   A. Letter to Jamie Flom, Voss & Hickman, P.A., dated November 26, 2003, attached as Exhibit 1; and

   B. Letter to Sam Glover, Voss & Hickman, P.A., dated March 22, 2004, attached as Exhibit 2.

3. Attached as Exhibit 3 is a copy of the Indictment in *United States v. Ronald Ray Wahlstrom*, Criminal No. 03-441 (JMR/RLE).

4. Attached as Exhibit 4 is a copy of the Stipulation For Settlement of Claim in *United States v. Real Property Located in Malmo, Mn, et al.*, Civil No. 00-445 (DWF/RLE).

5. On April 21, 2004, Assistant United States Attorney James Alexander had a telephone conversation with Sam Glover, one of Claimant's attorneys. During this conversation it was discussed

and agreed that since the dispute regarding Claimant Ronald Wahlstrom's conduct in dismantling and removing a portion of the pole barn on property previously forfeited to the United States is the subject of a criminal charge in a pending criminal indictment, the United States and Claimant Wahlstrom would postpone any additional litigation concerning the settlement agreement until after the criminal case was resolved.

6. The United States was served with Claimant's motion to enforce settlement on May 5, 2004.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 4, 2004

s/James S. Alexander
JAMES S. ALEXANDER
Assistant U.S. Attorney