**U.S. Departme of Justice**

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*
*www.usdoj.gov/usao/mn*

*(612)664-5600*

November 26, 2003

Jamie Flom
Voss & Hickman, P.A.
Suite 2355, 527 Marquette Ave. S.
Minneapolis, MN 55402-1323

Re: United States v. Parcel of Real Property Located In Malmo, Et. Al.
Civil No. 00-445 (DWF/RLE)

Dear Ms. Flom:

This letter will confirm our recent telephone conversation concerning this case. As you know, the United States brought this forfeiture action against a parcel of real property formerly owned by Ronald Wahlstrom. Mr. Wahlstrom made a claim to the property. This case was settled, and Mr. Wahlstrom agreed to the forfeiture of the real property. Under the terms of the settlement agreement, the United States agreed that Mr. Wahlstrom would receive 30% of the net sale proceeds of the 40 acres of property. A Final Order of Forfeiture was entered on June 28, 2002. Subsequent to the entry of the Final Order of Forfeiture the house on the property burned under suspicious circumstances.

As you know, the real property was recently sold, and the proceeds of the sale are being held in escrow by the U.S. Marshal. On July 5, 2003, Ronald Wahlstrom and several other individuals were observed by law enforcement officers on the real property dismantling and removing the pole barn. As you know, upon entry of the Final Order Of Forfeiture legal title to the property passed to the United States. Mr. Wahlstrom's actions in dismantling and removing the pole barn were therefore illegal. Moreover, Mr. Wahlstrom's actions were in clear breach of the settlement agreement that he entered into with the United States. I have enclosed several reports relating to this incident. (I assume that you already have the documents relating to the forfeiture of the property).

EXHIBIT
1

The United States will be bringing this matter back before the Court with the request that the amount due Mr. Wahlstrom under the terms of the settlement agreement be reduced by the amount that his conduct diminished the value of the property. Please advise me whether Mr. Wahlstrom will voluntarily consent to an amendment of the Settlement Agreement along these lines. Otherwise, I anticipate that a motion will be filed with the Court within the next several weeks.

Please feel free to contact me if you have any questions.

THOMAS B. HEFFELFINGER
United States Attorney

BY: JAMES S. ALEXANDER
Assistant U.S. Attorney
Attorney ID No. 166145

Enclosures

AITKIN COUNTY SHERIFF'S DEPARTMENT
SUPPLEMENTAL REPORT

INV. REPORT BY: JOHN DRAHOTA CASE # 03-2393

NATURE OF CASE: POSSIBLE THEFT

LOCATION: MALMO TOWNSHIP SECTION 21

ADDITIONAL PERSONS MENTIONED:

Name/DOB: JIM ALEXANDER
Address: U.S. ATTORNEY'S OFFICE
Telephone (H/W): 612-664-5619

Name/DOB:
Address:
Telephone (H/W):

ADDITIONAL PROPERTY STOLEN:

DETAILS:

ON 7/5/03 AT 1159 HOURS, I WAS ADVISED BY DISPATCH OF A COMPLAINT LOCATED IN MALMO TOWNSHIP SECTION 21. THE COMPLAINANT HAD CONCERNS ABOUT SOME PEOPLE THAT WERE DISMANTLING A BUILDING AT THE RONALD WAHLSTROM PROPERTY.

I SPOKE WITH THE COMPLAINANT BY PHONE. THE COMPLAINANT WISHED TO REMAIN ANONYMOUS. THE CONCERN WAS THAT THERE WERE CURRENTLY PEOPLE AT THE WAHLSTROM PROPERTY DISMANTLING A POLE BUILDING. IT WAS BELIEVED THAT THE FEDERAL GOVERNMENT HAD SEIZED THE PROPERTY FROM WAHLSTROM AND NO ONE HAD LEGAL RIGHT TO IT EXCEPT THE GOVERNMENT.

I CONTACTED DEPUTY SMITH AND ASKED HER TO STOP AT THE PROPERTY AND IDENTIFY ANY PEOPLE AND VEHICLES AT THAT LOCATION. SMITH ADVISED ME LATER THAT THERE WERE 4 PEOPLE AND 3 VEHICLES AT THE WAHLSTROM PROPERTY AND THAT THEY WERE DISMANTLING THE POLE BUILDING. SHE SAID THEY INDICATED TO HER THAT THEY OWNED THE PROPERTY AND HAD PERMISSION FROM THEIR ATTORNEY TO DISMANTLE THE BUILDING.

ON 7/6/03, I STOPPED AT THE WAHLSTROM PROPERTY AND PHOTOGRAPHED THE POLE BUILDING. THERE WAS NO-ONE PRESENT AT THE PROPERTY. I NOTED THAT THE SHEETING WAS GONE FROM THE ROOF, SOUTH SIDE, AND MOST OF THE EAST SIDE OF THE BUILDING. THERE WERE ALSO FRAMING BOARDS MISSING FROM THE EAST SIDE OF THE BUILDING. THERE WAS NO SHEETING OR

BOARDS AT THE PROPERTY. EVERYTHING THAT HAD BEEN REMOVED FROM THE BUILDING WAS GONE.

ON 7/7/03, I WAS CONTACTED BY JIM ALEXANDER, FROM THE U.S. ATTORNEY'S OFFICE. ALEXANDER SAID THAT THE U.S. GOVERNMENT HAD SEIZED THE WAHLSTROM PROPERTY AND WAHLSTROM HAD NO LEGAL RIGHTS TO IT. HE SAID WAHLSTROM WAS WELL AWARE OF THAT. I SAID I WOULD FAX ALEXANDER OUR INFORMATION AND WAIT TO HEAR FROM HIM AS TO WHETHER THE GOVERNMENT WISH TO PURSUE THEFT CHARGES.

DEPUTY JOHN DRAHOTA #223

CASE DISPOSITION: PENDING

AITKIN COUNTY SHERIFF'S DEPARTMENT
INVESTIGATIVE REPORT

INV. REPORT BY: Deputy Sheryl Smith #218 CASE #: 03-2393

NATURE OF CASE: Suspicious activity

LOCATION: 24248 ST. HWY 47 Aitkin

SUMMARY

PERSONS MENTIONED:

REPORTED BY: Name/DOB: Anonymous
Address:
Telephone (H/W):

SUSPECT: Name/DOB: Ronald Ray Wahlstrom 04-02-55
Address: 24248 St. Hwy 47 Aitkin, MN 56431
Telephone (H/W):

SUSPECT: Name/DOB: Daniel Gene Phillips 05-07-60
Address: 23577 St. Hwy 47 Aitkin, MN 56431
Telephone (H/W): 612-579-4295

SUSPECT: Name/DOB: Donald James Arends JR. 09-01-66
Address: HC 5 Box 235 #3 Aitkin, MN 56431
Telephone (H/W): 320-684-2509

SUSPECT: Name/DOB: Gary David Hambleton 10-06-36
Address: 32762 235th Ln Aitkin, MN 56431
Telephone (H/W): 320-684-2230

PROPERTY STOLEN:

Aluminum siding

TYPE OF EVIDENCE AND LOCATION (BIN, LOCKER, and GARAGE):

DATE AND TIME OCCURRED: 07-05-03 11:59

TIME ARRIVED: 12:12 TIME COMPLETED: 12:24

DETAILS:

On 07-05-03, I Deputy Sheryl Smith responded to suspicious activity at 24248 St. Hwy 47. An anonymous person stated they saw people at a residence which was supposed to be vacant. The property and the contents were seized by the Federal Government. The individuals were taking aluminum siding off of a garage. Deputy John Drahota advised me to identify the vehicles and individuals at the residence.

At 12:12 hours I arrived on scene. I noted there were three vehicles at the residence, YAM6464 registered to Ronald Wahlstrom, FZA058 registered to Gary Hambleton, and FZA521registered to Daniel Phillips. I also identified the four individuals at the scene. They were Ronald Wahlstrom, Gary Hambleton, Daniel Phillips and Donald Arends. It appeared they were working on the building and had tools around.

I spoke with Ronald Wahlstrom who stated he owned the residence. He said they were taking the siding off the garage and were going to replace it with log siding. He also stated they were going to rebuild the house. I asked him about the seizure of the property. He said he had paperwork stating he could be there and his lawyer told him to keep doing what he was doing. He stated he owned the property and he was still paying taxes on it. I asked him if he could show me the paperwork saying he had a right to be there. He said his wife had it and she was in Aitkin. He then left looking for the paperwork. While I was there the individuals continued to work on the building. A few minutes later he returned stating he could not find the paperwork.

I walked around the building and noted the siding was taken off of the south side, east side and also most of the roof. These areas could not be seen from the road and I saw it only when I walked around the building. It also appeared they were taking off the framing boards. I advised Ronald he could be charged with theft if the government chooses to. Ronald then said they would stop for the day.

I cleared the scene to go on another call at 12:24 hours.

End of report

Deputy Sheryl Smith #218