U.S. Department of Justice

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*
*www.usdoj.gov/usao/mn*

*(612)664-5600*

March 22, 2004

Sam Glover
Voss & Hickman, P.A.
Suite 2355, 527 Marquette Ave. S.
Minneapolis, MN 55402-1323

Re: United States v. Parcel of Real Property Located In Malmo, Et. Al.
Civil No. 00-445 (DWF/RLE)

Dear Mr. Glover:

I have enclosed a copy of a letter that I sent to Jamie Flom some months ago which enclosed the reports relating to the incident last July when Mr. Wahlstrom was caught on the property dismantling the pole barn. The property in question was sold on or about October 17, 2003. The net proceeds of the sale were $39,307.66.

It is my understanding that you will review these materials and contact me to discuss whether this matter can be resolved without the need for additional litigation. It is my further understanding that you will not file any motions with the Court until we have discussed this matter further. Mr. Voss told me some time ago that he believes that he may have some claim to a portion of the net proceeds of the sale. If this is the case, please advise me as to the basis for the claim that Mr. Voss is making.

Thank you.

THOMAS B. HEFFELFINGER
United States Attorney

BY: JAMES S. ALEXANDER
Assistant U.S. Attorney
Attorney ID No. 166145

Enclosures

EXHIBIT
2