UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| Plaintiff, | ) | (18 U.S.C. § 2232(a)) (26 U.S.C. § 7201) |
| v. | ) | |
| RONALD RAY WAHLSTROM, | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
**(Income Tax Evasion)**

On or about August 14, 1998, in the State and District of Minnesota, the defendant,

**RONALD RAY WAHLSTROM,**

a resident of Isle, Minnesota, did willfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America for the calendar year 1997, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was filed with the Internal Revenue Service, wherein he stated that his taxable income for said calendar year was the sum of $43,855 and that the amount of tax due and owing thereon was the sum of $16,782, whereas, as he then and there well knew and believed, his taxable income for the said calendar year was the sum of at least $114,823, upon which taxable income there was owing to the United States of America an income tax of $37,018; all in violation of Title 26, United States Code, Section 7201.

EXHIBIT
3

**COUNT 2**
**(Income Tax Evasion)**

On or about April 9, 1999, in the State and District of Minnesota, the defendant,

**RONALD RAY WAHLSTROM,**

a resident of Aitkin, Minnesota, who during the calendar year 1998 was married, did willfully attempt to evade and defeat a large part of the income tax due and owing by him and his spouse to the United States of America for the calendar year 1998, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, on behalf of himself and his spouse, which was filed with the Internal Revenue Service, wherein he stated that their joint taxable income for said calendar year was the sum of $28,443 and that the amount of tax due and owing thereon was the sum of $10,910, whereas, as he then and there well knew and believed, their joint taxable income for the said calendar year was the sum of at least $113,181, upon which said joint taxable income there was owing to the United States of America an income tax of $36,256; all in violation of Title 26, United States Code, Section 7201.

**COUNT 3**
**(Destruction of Property to Prevent Seizure)**

On or about July 5, 2003, in the State and District of Minnesota, the defendant,

**RONALD RAY WAHLSTROM,**

knowingly and intentionally destroyed and removed certain property, namely, part of a pole barn located at 24248 State Highway 47, Aitkin, Minnesota, for the purpose of preventing and impairing the United States government's lawful authority to continue holding such property under its lawful custody and control, in that the property had been forfeited to the United States on June 28, 2002, all in violation of Title 18, United States Code, Section 2232(a).

A TRUE BILL

UNITED STATES ATTORNEY FOREPERSON