UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-445 (DWF/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>PARCEL OF REAL PROPERTY LOCATED IN MALMO, MINNESOTA,<br><br>DEFENDANT. | AFFIDAVIT OF SHERYL SMITH IN SUPPORT OF PLAINTIFF'S RULE 60 MOTION |

County of Aitkin )
) ss.
State of Minnesota )

I, Sheryl Smith, being duly sworn, depose and state that:

1. I am a Deputy with the Aitkin County Sheriff's Department and have been so employed for approximately 6 years.

2. On July 5, 2003, I responded to suspicious activity at 24248 State Hwy 47. An anonymous person stated they saw people at a residence which was supposed to be vacant. The property and the contents were seized by the Federal Government. The individuals were taking aluminum siding off a building. Deputy John Drahota advised me to identify the vehicles and individuals at the residence.

3. I arrived at the scene at 12:12 p.m. I noted there were three vehicles at the residence: YAM 6464 registered to Ronald Wahlstrom; FZA 058 registered to Gary Hambleton; and FZA 521 registered to Daniel Phillips. I also identified four individuals at the scene. They were Ronald Wahlstrom, Gary Hambleton, Daniel Phillips and Donald Arends. It appeared they were working on the building and had tools around.

4. I spoke with Ronald Wahlstrom, who stated he owned the residence. He said they were taking the siding off the building and were going to replace it with log siding. He also stated they were going to rebuild the house. I asked him about the seizure of the property. He said he had paperwork stating he could be there and his lawyer told him to keep doing what he was doing. He stated he owned the property and he was still paying taxes on it. I asked him if he could show me the paperwork saying he had a right to be there. He said his wife had it and she was in Aitkin. He then left to look for the paperwork. While I was there, the remaining individuals continued to work on the building. A few minutes later, Ronald Wahlstrom returned and stated he could not find the paperwork.

5. I walked around the building and noted the siding was taken off of the south side, east side and also most of the roof. These areas could not be seen from the road and I saw it only when I walked around the building. It also appeared they were taking the framing boards. I advised Ronald Wahlstrom he could be charged with theft if the government chose to. Ronald Wahlstrom then said they would stop for the day. I then cleared the scene.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

s/Sheryl Smith
SHERYL SMITH

Subscribed and sworn to before me

this 13th day of May, 2004.

s/Lori J. Tibbetts

NOTARY PUBLIC