# APPRAISAL REPORT

**PREPARED FOR:**

CLIENT — U S Marshals Service

**LENDER/CLIENT:**

LENDER — U S Marshals Service

**SUBJECT PROPERTY**

ADDRESS — HC5 Box 230D

CITY — Aitkin

COUNTY OF — Aitkin

**APPRAISAL AS OF:**

DATE — January 19, 2002

**PREPARED BY:**

APPRAISER — Patrick J Perrine

COMPANY — Perrine and Dad Appraisal Service

EXHIBIT

A

Perrine and Dad Appraisal Service
19745 - 380th Street
McGregor, MN 55760

January 20, 2002

U S Marshals Service
402 US Courthouse - 300 S 4th St
Minneapolis MN 55415

RE: Property: HC5 Box 230D
Aitkin, MN 56431
Name: n/a
File No. USMa1192
Case No. Attn: Jill

Dear Jill:

In accordance with your request, I have personally inspected and prepared an appraisal report of the real property located at:

HC5 Box 230D

The purpose of this appraisal is to estimate the market value of the property described in the body of this appraisal report.

Enclosed, please find the appraisal report which describes certain data gathered during our investigation of the property. The methods of approach and reasoning in the valuation of the various physical and economic factors of the subject property are contained in this report.

An inspection of the property and a study of pertinent factors, including valuation trends and an analysis of neighborhood data, led the appraiser to the conclusion that the market value, as of January 19, 2002 is:

$ 287,000

The opinion of value expressed in this report is contingent upon the limiting conditions attached to this report.

It has been a pleasure to assist you. If I may be of further service to you in the future, please let me know.

Respectfully submitted,

Patrick J Perrine
Lic #4001145

Perrine and Dad Appraisal Service

# SUMMARY OF SALIENT FEATURES

File No. USMa1192
Case No. Attn: Jill

| SUBJECT INFORMATION | |
|---|---|
| Subject Address | HC5 Box 230D |
| Legal Description | SW 1/4 SW 1/4 - S21 T45 R25 |
| City | Aitkin |
| State | MN |
| Zip Code | 56431 |
| Census Tract | 990800 |
| Map Reference | n/a |
| **SALES PRICE** | |
| Sale Price | $ n/a |
| Date of Sale | n/a |
| **CLIENT** | |
| Borrower | n/a |
| Lender | U S Marshals Service |
| **DESCRIPTION OF IMPROVEMENT** | |
| Size (Square Feet) | 2,700 |
| Price per Square Foot | $ 0 |
| Location | Malmo Twp |
| Age | eff 2 |
| Condition | good |
| Total Rooms | 6 |
| Bedrooms | 3 |
| Baths | 4.00 |
| **APPRAISER** | |
| Appraiser | Patrick J Perrine |
| Date of Appraised Value | January 19, 2002 |
| **VALUE** | |
| Final Estimate of Value $ | 287,000 |

Perrine and Dad Appraisal Service

Property Description **UNIFORM RESIDENTIAL APPRAISAL REPORT** File No. USMa1192

**SUBJECT**

| | |
|---|---|
| Property Address | HC5 Box 230D |
| City | Aitkin |
| State | MN |
| Zip Code | 56431 |
| Legal Description | SW 1/4 SW 1/4 - S21 T45 R25 |
| County | Aitkin |
| Assessor's Parcel No. | 21-0-034500 |
| Tax Year | 2001 |
| R.E. Taxes $ | 3,090.00 |
| Special Assessments $ | none |
| Borrower | n/a |
| Current Owner | Ronald/Guadalupe Wahlstrom |
| Occupant | X Owner / Tenant / Vacant |
| Property rights appraised | X Fee Simple / Leasehold |
| Project Type | PUD / Condominium (HUD/VA only) |
| HOA$ | n/a /Mo. |
| Neighborhood or Project Name | n/a |
| Map Reference | n/a |
| Census Tract | 990800 |
| Sale Price $ | n/a |
| Date of Sale | n/a |
| Description and $ amount of loan charges/concessions to be paid by seller | n/a |
| Lender/Client | U S Marshals Service |
| Address | 402 US Courthouse - 300 S 4th St Minneapolis MN 55415 |
| Appraiser | Patrick J Perrine |
| Address | 19745 - 380th Street McGregor, MN 55760 |

**NEIGHBORHOOD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Location | Urban | Suburban | X Rural | Predominant occupancy | Single family housing | Present land use % / Land use change |
| Built up | Over 75% | X 25-75% | Under 25% | | PRICE $(000) / AGE (yrs) | One family 99 / X Not likely / Likely |
| Growth rate | Rapid | X Stable | Slow | X Owner | 75 Low 2 | 2-4 family / In process |
| Property values | X Increasing | Stable | Declining | Tenant | 350 High 100 | Multi-family / To: |
| Demand/supply | Shortage | X In balance | Over supply | X Vacant (0-5%) | Predominant | Commercial 1 |
| Marketing time | Under 3 mos. | X 3-6 mos. | over 6 mos. | Vacant (over 5%) | 125-160 15-20 | |

**Note: race and the racial composition of the neighborhood are not appraisal factors.**

Neighborhood boundaries and characteristics: Malmo Township is considered the subject neighborhood. It is a typical Aitkin County neighborhood, with a variety of housing and values. Lakes and outdoor recreation is the largest attractor to the area.

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.): Malmo Township is near the southern end of Aitkin County. It borders Mille Lacs Lake, which is a value enhancer. The small towns of Malmo and Glen are within the Township, and offer very basic shopping along with gasoline. It is approximately 14 miles SE of Aitkin, which has a school system, hospital, more extensive shopping and employment. Recreational activities, including lake activities and hunting and snowmobiling, are the largest value enhancer to the area's properties.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time -- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.): Market conditions are good in the subject area. Interest rates are moderate, with many financing options for buyers. Properly priced properties are selling within 3-6 months and the market is active in comparison to surrounding areas.

**PUD**

Project Information for PUDs (If applicable) -- Is the developer/builder in control of the Home Owner's Association (HOA)? Yes No

Approximate total number of units in the subject project — Approximate total number of units for sale in the subject project n/a

Describe common elements and recreational facilities:

**SITE**

| | |
|---|---|
| Dimensions | approx 1320' x 1320' |
| Site area | 1,742,400 sf (40 acres) |
| Corner Lot | Yes X No |
| Specific zoning classification and description | Farm residential - minimum 2.5 acres |
| Zoning compliance | X Legal / Legal nonconforming (Grandfathered use) / Illegal / No Zoning |
| Highest & best use as improved: | X Present use / Other use (explain) |
| Topography | level to slight rolling |
| Size | 40 acres |
| Shape | square |
| Drainage | appears adequate |
| View | good |
| Landscaping | trees,grass/typical |
| Driveway Surface | gravel/typical |
| Apparent easements | utility/typical |
| FEMA Special Flood Hazard Area | Yes X No |
| FEMA Zone | C |
| Map Date | 3/15/82 |
| FEMA Map No. | 270628 0425 B |

| Utilities | Public | Other | Off-site Improvements | Type | Public | Private |
|---|---|---|---|---|---|---|
| Electricity | | 400 amp CB | Street | paved | X | |
| Gas | | LP | Curb/gutter | none | | |
| Water | | private | Sidewalk | none | | |
| Sanitary sewer | | private | Street lights | none | | |
| Storm sewer | | none | Alley | none | | |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use, etc.): Site factors and utilities are typical for the subject market area. There are no adverse site factors.

**DESCRIPTION OF IMPROVEMENTS**

| GENERAL DESCRIPTION | | EXTERIOR DESCRIPTION | | FOUNDATION | | BASEMENT | | INSULATION | |
|---|---|---|---|---|---|---|---|---|---|
| No. of Units | 1 | Foundation | conc block | Slab | yes | Area Sq. Ft. | 2,700 | Roof | |
| No. of Stories | 1 | Exterior Walls | steel | Crawl Space | no | % Finished | 90 | Ceiling | X |
| Type (Det./Att.) | det | Roof Surface | comp shngl | Basement | yes | Ceiling | tile | Walls | X |
| Design (Style) | split entry | Gutters & Dwnspts. | no | Sump Pump | no | Walls | drywall | Floor | |
| Existing/Proposed | existing | Window Type | slider | Dampness | none aprnt | Floor | crpt,vinyl | None | |
| Age (Yrs.) | 2 | Storm/Screens | yes | Settlement | none aprnt | Outside Entry | no | Unknown | |
| Effective Age (Yrs.) | 2 | Manufactured House | no | Infestation | none aprnt | | | | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | 1 | 1 | 2 | 1.00 | 1 | 1 | 2,700 |
| Level 1 | 1 | 1 | 1 | 1 | | | | 3 | 4.00 | | | 2,700 |
| Level 2 | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | 0 |

Finished area above grade contains: 6 Rooms; 3 Bedroom(s); 4.00 Bath(s); 2,700 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | | KITCHEN EQUIP. | | ATTIC | | AMENITIES | | | CAR STORAGE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | crpt,ceramic/G | Type | FA | Refrigerator | P | None | | Fireplace(s) # | | | None | |
| Walls | drywall/G | Fuel | E/G | Range/Oven | X | Stairs | | Patio | | | Garage | 2+ # of cars |
| Trim/Finish | wood/G | Condition | G | Disposal | | Drop Stair | | Deck | 1770 sf | X | Attached | |
| Bath Floor | vinyl/G | COOLING | | Dishwasher | | Scuttle | X | Porch | entry | X | Detached | 26x40 |
| Bath Wainscot | fiberglass/G | Central | yes | Fan/Hood | X | Floor | | Fence | | | Built-In | |
| Doors | int/wood/G | Other | no | Microwave | P | Heated | | Pool | | | Carport | |
| | ext/steel/G | Condition | G | Washer/Dryer | P | Finished | | | | | Driveway | |

**COMMENTS**

Additional features (special energy efficient items, etc.): A large asphalt parking area has been made between the garage and the house. Heat system is a ground energy heat pump with GFA.

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction, remodeling/additions, etc.: House is constructed with good quality materials and workmanship and is in good condition. No recommended repairs. No external depreciation. Subject is very large (90 feet long) for the area it is built in and would suffer from some functional depreciation due to this factor.

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property. None noted.

Perrine and Dad Appraisal Service

Valuation Section

# UNIFORM RESIDENTIAL APPRAISAL REPORT

File No. USMa1192

## COST APPROACH

| | | |
|---|---|---|
| ESTIMATED SITE VALUE | = $ | 40,000 |
| ESTIMATED REPRODUCTION COST-NEW-OF IMPROVEMENTS: | | |
| Dwelling 2,700 Sq. Ft. @ $ 61.70 | = $ | 166,590 |
| Bsmt 2,700 Sq. Ft. @ $ 28.31 | = | 76,437 |
| Deck 1700 sf @ 5.00 | = | 8,500 |
| Garage/Carport 1,040 Sq. Ft. @ $ 10.20 | = | 10,608 |
| Total Estimated Cost New | = $ | 262,135 |
| Less Depreciation: Physical 1 — 2,621; Functional 8 — 20,000; External | = $ | 22,621 |
| Depreciated Value of Improvements | = $ | 239,514 |
| "As is" Value of Site Improvements | = $ | 22,500 |
| INDICATED VALUE BY COST APPROACH | = $ | 302,014 |

Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated remaining economic life of the property): Site value is based on sales comparison. Building costs are from Marshall and Swift. Depreciation is based on an effective age of 2 and a life expectancy of 70. Site improvements include well, septic, driveway including $2500 for asphalt parking area), electrical service and landscaping.

Est Rem Econ Life: yrs

## SALES COMPARISON ANALYSIS

| ITEM | SUBJECT | COMPARABLE NO. 1 | +(-)$ Adjustment | COMPARABLE NO. 2 | +(-)$ Adjustment | COMPARABLE NO. 3 | +(-)$ Adjustment |
|---|---|---|---|---|---|---|---|
| Address | HC5 Box 230D Aitkin | 11157 Gull River Road East Gull Lake | | 1682 Dandelion Lane Brainerd | | 5370 Country Lane Brainerd | |
| Proximity to Subject | | approx 42 miles WNW | | approx 41 miles WNW | | approx 38 miles WNW | |
| Sales Price | $ n/a | $ 345,000 | | $ 264,000 | | $ 284,900 | |
| Price/Gross Liv. Area | $ 0.00 | $ 112.30 | | $ 75.00 | | $ 167.59 | |
| Data and/or Verification Source | Inspection Public Records | MLS Public Records | | MLS Public Records | | MLS Public Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Sales or Financing Concessions | | none | | none | | none | |
| Date of Sale/Time | | 11/01 | | 6/01 | | 4/01 | |
| Location | Malmo Twp | Gull Lake area | | Gull Lake area | | Brainerd area | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 40 acres | 20 acres | -10,000 | 2.5 acres | +20,000 | 3 acres | +20,000 |
| View | good | good | | good | | good | |
| Design and Appeal | split entry/ave | 2 story/superior | -5,000 | 2 story/superior | -5,000 | 1 story/ave | |
| Quality of Construction | good | good | | good | | good | |
| Age | eff 2 | eff 2 | | eff 2 | | eff 2 | |
| Condition | good | good | | good | | good | |
| Above Grade Room Count (Total / Bdrms / Baths) | 6 / 3 / 4.00 | 7 / 3 / 3.50 | +1,000 | 8 / 4 / 3.00 | +3,000 | 6 / 3 / 3.00 | +3,500 |
| Gross Living Area | 2,700 Sq. Ft. | 3,072 Sq. Ft. | -5,600 | 3,520 Sq. Ft. | -12,300 | 1,700 Sq. Ft. | +15,000 |
| Basement & Finished Rooms Below Grade | 2,700 sf/90% fin 5-2-1 | 2200 sf/80% fin 4-2-1 | +2,500 | 1760 sf/0 fin none | +25,000 | 1700 sf/100% 4-2-1 | +2,500 |
| Functional Utility | ave | ave | | ave | | ave | |
| Heating/Cooling | EGFA/central | GFA/central | | GFA/central | | GFA/central | |
| Energy Efficient Items | typical | typical | | typical | | typical | |
| Garage/Carport | 2+ cars/pole | 2 att/1+ det | -5,000 | 3 car att | -5,000 | 2 att/3 det | -8,000 |
| Porch, Patio, Deck, Fireplace(s), etc. | deck/porch blacktop | shed,porch,deck blacktop drive | -10,000 | large finished room above | | decks,patio gas frplc | |
| Fence, Pool, etc. | none | 2 frplcs | | garage | | gazebo | |
| | functional deprec | none | -20,000 | none | -20,000 | none | -20,000 |
| Net Adj. (total) | | [ ] + [X] - $ | -52,100 | [X] + [ ] - $ | 5,700 | [X] + [ ] - $ | 13,000 |
| Adjusted Sales Price of Comparable | | $ | 292,900 | $ | 269,700 | $ | 297,900 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): It is normal to go beyond 1 mile and 6 months for comps in rural appraising. No comps in the subject neighborhood in subject value range. Comps are from Brainerd area. #1 has 20 acres which, because of location and land quality are more valuable than the subject 40 acres. #2 and #3 are on smaller parcels. High adjustments are due to land and functional depreciation. The subject has 2700 sf of GLA, but it is unusual to have a 90' long house, and the market will pay less for this arrangement.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source, for prior sales within year of appraisal | n / a | n / a | n / a | n / a |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal.
n / a

INDICATED VALUE BY SALES COMPARISON APPROACH $ 287,000

INDICATED VALUE BY INCOME APPROACH (If Applicable) Estimated Market Rent $ /Mo.x Gross Rent Multiplier =$ n/a

## RECONCILIATION

This appraisal is made [X] "as is" [ ] subject to the repairs, alterations, inspections or conditions listed below [ ] subject to completion per plans and specifications.

Conditions of Appraisal: See attached for certifications and conditions. This appraisal meets all USPAP standards. It is a complete appraisal, summary report.

Final Reconciliation: The sales comparison approach is the best value indicator for this type of property. The cost approach will generally define the upper limit of value range. See FIRREA addendum for reasons for exclusion of the income approach.

The purpose of this appraisal is to estimate the market value of the real property that is subject to this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/Fannie Mae Form 1004B (Revised 6/93 ).

I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF January 19, 2002 (WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $ 287,000

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): |
|---|---|
| Signature [signature] | Signature |
| Name Patrick J Perrine | Name |
| Date Report Signed January 20, 2002 | Date Report Signed |
| State Certification # State | State Certification # State |
| Or State License # 4001145 State MN | Or State License # State |
| | [ ] Did [ ] Did Not Inspect Property |

# SKETCH ADDENDUM

File No. USMa1192

Borrower n/a
Property Address HC5 Box 230D
City Aitkin County Aitkin State MN Zip Code 56431
Lender/Client U S Marshals Service Address 402 US Courthouse - 300 S 4th St Minneapolis MN 55415







SKETCH CALCULATIONS




| | |
|---|---|
| A1 : 90.0 x 30.0 = | 2700.0 |
| First Floor | 2700.0 |
| A2 : 90.0 x 30.0 = | 2700.0 |
| Basement | 2700.0 |
| Total Living Area | 5400.0 |
| A3 : 9.0 x 10.0 = | 90.0 |
| Porch | 90.0 |
| Total Porch Area | 90.0 |
| A4 : 10.0 x 30.0 = | 300.0 |
| A5 : 110.0 x 10.0 = | 1100.0 |
| A6 : 10.0 x 30.0 = | 300.0 |
| Deck | 1700.0 |
| Total Patio/Deck Area | 1700.0 |

# SUBJECT PHOTO ADDENDUM

File No. USMa1192

Borrower n/a
Property Address HC5 Box 230D
City Aitkin County Aitkin State MN Zip Code 56431
Lender/Client U S Marshals Service Address 402 US Courthouse - 300 S 4th St Minneapolis MN 55415



**FRONT OF SUBJECT PROPERTY**

Address
HC5 Box 230D
Aitkin

| | |
|---|---|
| Appraisal Date | January 19, 2002 |
| Appraisal Value | 287,000 |
| Site | 40 acres |
| View | good |
| Design/Appeal | split entry/ave |
| Const. Quality | good |
| Age | eff 2 |
| Square Feet | 2,700 |
| Total Rooms | 6 |
| Bedrooms | 3 |
| Bathrooms | 4.00 |
| Basement | 2,700 sf/90% fin |
| Garage | 2+ cars/pole |
| Fireplace | blacktop |



**REAR OF SUBJECT PROPERTY**



**STREET SCENE**

# EXTRA SUBJECT PHOTO ADDENDUM

File No. USMa1192

Borrower n/a

Property Address HC5 Box 230D

City Aitkin County Aitkin State MN Zip Code 56431

Lender/Client U S Marshals Service Address 402 US Courthouse - 300 S 4th St Minneapolis MN 55415



Garage/pole building

# COMPARABLES 1-2-3 PHOTO ADDENDUM

File No. USMa1192

Borrower n/a
Property Address HC5 Box 230D
City Aitkin County Aitkin State MN Zip Code 56431
Lender/Client U S Marshals Service Address 402 US Courthouse - 300 S 4th St Minneapolis MN 55415



## COMPARABLE SALE #1

Address
11157 Gull River Road
East Gull Lake

| | |
|---|---|
| Sale Date | 11/01 |
| Sale Price | 345,000 |
| Site | 20 acres |
| View | good |
| Design/Appeal | 2 story/superior |
| Const. Quality | good |
| Age | eff 2 |
| Square Feet | 3,072 |
| Total Rooms | 7 |
| Bedrooms | 3 |
| Bathrooms | 3.50 |
| Basement | 2200 sf/80% fin |
| Garage | 2 att/1+ det |
| Fireplace | blacktop drive |



## COMPARABLE SALE #2

Address
1682 Dandelion Lane
Brainerd

| | |
|---|---|
| Sale Date | 6/01 |
| Sale Price | 264,000 |
| Site | 2.5 acres |
| View | good |
| Design/Appeal | 2 story/superior |
| Const./Quality | good |
| Age | eff 2 |
| Square Feet | 3,520 |
| Total Rooms | 8 |
| Bedrooms | 4 |
| Bathrooms | 3.00 |
| Basement | 1760 sf/0 fin |
| Garage | 3 car att |
| Fireplace | room above |



## COMPARABLE SALE #3

Address
5370 Country Lane
Brainerd

| | |
|---|---|
| Sale Date | 4/01 |
| Sale Price | 284,900 |
| Site | 3 acres |
| View | good |
| Design/Appeal | 1 story/ave |
| Const. Quality | good |
| Age | eff 2 |
| Square Feet | 1,700 |
| Total Rooms | 6 |
| Bedrooms | 3 |
| Bathrooms | 3.00 |
| Basement | 1700 sf/100% |
| Garage | 2 att/3 det |
| Fireplace | gas frplc |

# LOCATION MAP ADDENDUM

File No. USMa1192

Borrower n/a
Property Address HC5 Box 230D
City Aitkin County Aitkin State MN Zip Code 56431
Lender/Client U S Marshals Service Address 402 US Courthouse - 300 S 4th St Minneapolis MN 55415



**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have researched the subject market erea and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:** HC5 Box 230D, Aitkin, MN 56431

| **APPRAISER:** | | **SUPERVISORY APPRAISER** (only if required) | |
|---|---|---|---|
| Signature: | [signature] | Signature: | |
| Name: | Patrick J Perrine | Name: | |
| Date Signed: | January 20, 2002 | Date Signed: | |
| State Certification #: | | State Certification #: | |
| or State License #: | 4001145 | or State License #: | |
| State: | MN | State: | |
| Expiration Date of Certification or License: | 08/31/02 | Expiration Date of Certification or License: | |
| | | Did / Did Not Inspect Property | |

## CERTIFICATION

File No. USMa1192

Borrower n/a
Property Address HC5 Box 230D
City Aitkin County Aitkin State MN Zip Code 56431
Lender/Client U S Marshals Service Address 402 US Courthouse - 300 S 4th St Minneapolis MN 55415

### F.I.R.R.E.A. ADDENDUM

1. PURPOSE OF THE APPRAISAL The purpose of this report is to estimate the market value of the subject property, as defined herein. The estimate of market value is to be used solely by the client as a basis for lending decisions or portfolio management.

II. SCOPE OF THE APPRAISAL The following steps were followed in arriving at the final estimate of value included in the appraisal report of the subject property:
1. An investigation was made to determine market trends, influences and other significant factors pertinent to the subject property.
2. A physical inspection of the property was performed. Although due dilligence was exercised while at the subject property, the appraiser is NOT an expert in such matters as pest control, structural engineering, hazardous waste, or construction etc. and no warranty is given or implied as to these or other elements outside of analyais of market data. Inspections by various professionals within these fields may be recommended with the final estimate of market value subject to their findings.
3. A more detailed review of the collected data was then performed with the most relevant factors extracted and considered. Sales were examined and confirmed closed from material provided by one or more service(s) that obtain information from public records. Market factors were weighted and their influence on the subject property was determined. A highest and best use analysis was done on the subject property.
4. The appraisal report was then completed in accordance with standards dictated by THE APPRAISAL FOUNDATION in the UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICES (USPAP). The report included sufficient data and information needed to lead a reader to a similar conclusion of market value.
5. The appraisal report was then delivered to the client, which constiuted the completion of the assignment.

III. THIS REPORT COMPLIES WITH THE UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICES (USPAP) As adopted by the Appraisal Standards Board ot The Appraisal Foundation as of August 9, 1990.

IV. COMPETENCY OF THE APPRAISER Unless otherwise noted in writing, the appraiser has done similar assignments and has the knowledge and experience to complete this assignment competently.

V. SALES HISTORY The marketing history of the subject was researched for at least one year. Unless otherwise noted in the appraisal report, the subject property has not been listed, sold or transferred in the past twelve months.

VI. RENTS AND VACANCIES Unless otherwise noted in the appraisal report, the subject property is currently owner occupied.

VII.TREND ANALYSIS real estate prices have been changing due to current economic conditions and local trends. It is reasonable to assume that this same trend would apply to the subject. Still the average marketing time typically varies between 90-180 days for residences within the county provided the property is competively priced and property marketed.

VIIIDEDUCTIONS AND DISCOUNTS In keeping with the USPAP, any financing concessions that influence the selling price of a comparable sale were addressed and accounted for to result in a market value of the subject property that is free of discounts, deductions or other seller concessions.

IX. PROHIBITED INFLUENCES The appraisal assignment was not conditioned upon the appraisal producing a specific valuation or approval of a loan. Employment of the appraiser was not conditioned upon the appraisal production a specific value. Neither employment nor compensation are based upon approval of any related loan application.

X. SELF CONTAINMENT This appraisal report is intended to be a self contained document containing all information necessary to enable a reader to understand the appraiser's opinion. Any third party studies referred to, such as pest control, structural, soils or hazardous materials have been verified by the appraiser as to their existence, to the extent the assumptions and conclusions are used. If not included with the report, they are maintained with our file and available upon request by the client.

XI. PERSONAL PROPERTY Any personal property involved in the transaction have been excluded from the valuation of the real property. Should a transaction which includes personal property of sufficient value to affect the market value of the real property be evident, a separated assessment of the personal property fixtures or intangible items will be included with the report as a separate valuation.

XII.THREE APPROACHES TO VALUE The appraiser has made a reasonable effort to apply the three recongnized approaches to value. Most single family residences are purchased for owner occupancy and, as such, the INCOME APPROACH does not generally reflect the highest and best use of the property and is not generally relevant indicator of market value. The use of the INCOME APPROACH to value will only be used:

## CERTIFICATION

File No. USMa1192

Borrower n/a
Property Address HC5 Box 230D
City Aitkin County Aitkin State MN Zip Code 56431
Lender/Client U S Marshals Service Address 402 US Courthouse - 300 S 4th St Minneapolis MN 55415

1. At the request of the client for non-owner occupied units.
2. When sufficient market evidence exists in a neighborhood to indicate that rental properties or investor pruchasee are typical, measurable and their analysis adds to the relevancy and reliability of the appraisal process.

**I CERTIFY TO THE BEST OF MY KNOWLEDGE AND BELIEF:**

The statements of fact contained in this report are true and correct.
The reported analyse, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal unbiased professional analysis, opinions and conclusions.
Unless otherwise noted in this report, I have no present or prospective interest in the property that is the subject of this report, and I have no personal interest or bias with respect to the parties involved.
My compensation is not contingent on an action or event resulting from the analyses, opinions or conclusions in, or the use of, the report.
I have made a personal inspection of the real estate that is the subject of this report.
No one provided significant professional assistance to the person signing this report.

Signature Date - January 20, 2002

Patrick J Perrine

# Patrick Perrine – Biographical Sketch and Qualifications

45 years old. B.S. degree from St. Cloud State University in 1979. I currently work as a teacher in the McGregor Public School system. I have worked as an appraiser since 1984. My Minnesota Real Estate Appraiser License number is 4001145. I am a Certified Residential Real Property Appraiser (CRRPA). From 1980-1987 I worked at the State Bank of McGregor. My most recent position there was that of Operations and Loan Officer. I worked with real estate and installment loans. I was a licensed real estate sales agent from 1984-1990. My real estate education includes Pre-licensure courses I, II and III and 20 other courses, 17 of which dealt specifically with appraising techniques and issues.

I currently perform approximately 150 appraisals per year.

References:

Sharon Lake, Assistant Vice President
State Bank of McGregor
P O Box 220
McGregor MN 55760
218-768-2410

Darla Wayrynen, Manager
Members Co-op Credit Union – McGregor Branch
Highways 210 and 65
McGregor MN 55760
218-768-3607

Theresa Furzland
The Carlton Loan Company
P O Box 278
Carlton MN 55718
866-384-8252

STATE OF MINNESOTA
DEPARTMENT OF COMMERCE

133 East Seventh St.
St. Paul, MN 55101
(651) 296-6319
APPRAISER LICENSE

ID#4001143

CERT RESL REAL PROP
Expires: 8/31/2002
30 Hrs CE due by 8/31/2002

PATRICK J PERRINE
RT 2 BOX 236
MCGREGOR, MN 55760-0000

STATE OF MN DEPT. OF COMMERCE
133 East Seventh St.
St. Paul, MN 55101
(651) 296-6319
APPRAISER LICENSE
ID#4001143
CERT RESL REAL PROP

Expires: 8/31/2002
30 Hrs CE due by 8/31/2002

PATRICK J PERRINE
RT 2 BOX 236
MCGREGOR, MN 55760-0000