**U.S. Department of Justice**

United States Marshals Service

*District of Minnesota*

---

*Minneapolis, MN 55415*

June 4, 2003

Ronald Wahlstrom
24248 State Highway 47
Aitkin, MN 56431

**RE: Real Property located at above address**

Dear Mr. Wahlstrom:

According to the Stipulation for Settlement of Claim, you were allowed to reside at the above listed property pending its sale. Since the residence has burned down, there is no need for you to reside there. The U.S. Government has determined that you will need to vacate the property and remove any personal property. This will need to be executed by Friday, July 4, 2003. The U.S. Marshals Service will be cleaning up the fire debris at the property and will continue to market the property "as is".

Sincerely,

CHARLES L. ZACHARIAS
United States Marshal

By: Jill Rygwall
Seizure and Forfeiture Specialist

CC: Barry Voss, Esq.

tabbies
EXHIBIT
B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Barry V. Voss, Esq.
Suite 2355
527 Marquette Ave
Minneapolis, MN
55402-1311

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (*Please Print Clearly*)

B. Date of Delivery 6/5/03

C. Signature
X [signature] ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (Cop 7002 1000 0005 5787 0747

PS Form 3811, July 1999 Domestic Return Receipt JMR Malmo 102595-00-M-0952

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ronald Wahlstrom
24248 State Highway 47
Aitkin, MN 56431

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (*Please Print Clearly*) Lupe Wahlstrom

B. Date of Delivery 6-9-03

C. Signature
X Lupe Wahlstrom ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchar
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number 7002 1000 0005 5787 0754

PS Form 3811, July 1999 Domestic Return Receipt JMR Malmo 102595-00