# COMMENT ADDENDUM

File No. USMa1192

Borrower n/a
Property Address HC5 Box 230D
City Aitkin County Aitkin State MN Zip Code 56431
Lender/Client U S Marshals Service Address 402 US Courthouse - 300 S 4th St Minneapolis MN 55415

September 14, 2003

Dee Dee Wilcox, Administrative Officer
U S Marshals Service

RE: HC5 Box 230D Aitkin MN 56431

Dear Dee Dee:

This report is to be considered an addendum to, and should be attached to, the appraisal dated January 19, 2002, referenced above. It is subject to the same certifications and conditions as the original report. I inspected the subject property today, September 14, 2003. The purpose of this addendum is to give an updated value, due to the change in the subject.

As you know, the house has been destroyed by a fire. The concrete foundation and slab remain from the house. Other improvements are the remainder of a pole garage (part of the siding has been removed - see photo), electrical service is on the site, a paved driveway and large paved parking area. According to Roger Danielson of Coldwell Banker in Garrison, the septic system and well are still on the property, but the condition is unknown. Due to the unknown condition of these items, no value is placed on them.

Mr Danielson said the listing price of the subject is $65,000. The subject contains 40 acres of land, part high and part low, with some wooded areas. Based on recent land sales, and factoring in the improvements left on the property and a cost to dispose of the foundation, I estimate the value of the subject, as of September 14, 2003, to be $63,000.



tabbies EXHIBIT C

# EXTRA SUBJECT PHOTO ADDENDUM

File No. USMa1192

Borrower n/a
Property Address HC5 Box 230D
City Aitkin County Aitkin State MN Zip Code 56431
Lender/Client U S Marshals Service Address 402 US Courthouse - 300 S 4th St Minneapolis MN 55415



House foundation remains



Pole garage



View of land - paved parking area in foreground

ClickFORMS Real Estate Appraisal Software by Bradford Technologies (800) 622-8727