UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-445 (DWF/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>PARCEL OF REAL PROPERTY LOCATED IN MALMO, MINNESOTA,<br><br>DEFENDANT. | AFFIDAVIT OF JOHN DRAHOTA IN SUPPORT OF PLAINTIFF'S RULE 60 MOTION |

County of Aitkin )
) ss.
State of Minnesota )

I, John Drahota, being duly sworn, depose and state that:

1. I am a Deputy with the Aitkin County Sheriff's Department and have been so employed for 7 years.

2. On July 5, 2003, at 11:59 a.m. I was advised by dispatch of a complaint in Malmo Township Section 21. The complainant had concerns about some people that were dismantling a building at the Ronald Wahlstrom property.

3. I spoke with the complainant by phone. The complainant's concern was that there were currently people at the Wahlstrom property dismantling a pole building. The complainant believed that the federal government had seized the property from Wahlstrom and no one had a legal right to it except the government.

4. I contacted Deputy Sheryl Smith and asked her to stop at the property and identify any people and vehicles at that location. Deputy Smith advised me later that she had been to the Wahlstrom

property and there were four people and 3 vehicles there and that they were dismantling the pole building. She said they indicated to her that they owned the property and had permission from their attorney to dismantle the building.

5. On July 6, 2003, I stopped at the Wahlstrom property and photographed the pole building. Attached hereto are as Exhibits A-F are color copies of the photographs I made that day. These photographs fairly and accurately depict the condition of the property and pole building as of the time the photographs were taken. There was no one present at the property. I noted that the sheeting was gone from the roof, south side, and most of the east side of the building. There were also framing boards missing from the east side of the building. There were no sheeting or boards at the property. Everything that had been removed from the building was gone.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

s/John Drahota
John Drahota

Subscribed and sworn to before me

this 14th day of May, 2004.

s/Murray K.S. Coffman

NOTARY PUBLIC