
EXHIBIT
tabbies
A