
EXHIBIT
A
tabbies