

tabbies®

EXHIBIT

B