

EXHIBIT

C