

EXHIBIT

D