

tabbies

EXHIBIT

E