

EXHIBIT

F