UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-445 (DWF/RLE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | OF MOTION DOCUMENTS |
| v. | ) | AND PROPOSED ORDER |
| | ) | |
| PARCEL OF REAL PROPERTY | ) | |
| LOCATED IN MALMO, MINNESOTA, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on June 4, 2004, I caused the following documents:

MOTION FOR STAY; NOTICE OF MOTION; PLAINTIFF'S MEMORANDUM IN OPPOSITION TO CLAIMANT RONALD WAHLSTROM'S MOTION TO ENFORCE SETTLEMENT AGREEMENT; DECLARATION OF JAMES S. ALEXANDER WITH EXHIBITS 1-4; AFFIDAVIT OF JOHN DRAHOTA WITH EXHIBITS A-F; AFFIDAVIT OF SHERYL SMITH; AFFIDAVIT OF DIANE WILCOX WITH EXHIBITS A-C

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

SAMUEL J. GLOVER
barry_voss@qwest.net bobbie_johnson@qwest.net

I further certify that I caused the proposed order to be filed with the court via e-mail to the judge hearing the motion:

THE HONORABLE DONOVAN W. FRANK
frank_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be mailed by first class mail, postage paid, as noted below, to the following:

Samuel J Glover, Barry V Voss, PA, 527 Marquette Ave S Ste 1050, Mpls, MN 55402

Dated: June 4, 2004

s/Deborah D. Amburn
Deborah D. Amburn