**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CIVIL NO.: 00-445 (DWF/RLE)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED IN MALMO, MN, ET AL.,<br><br>Defendants. | **SECOND AFFIDAVIT OF SAMUEL J. GLOVER** |

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Samuel J. Glover, being first duly sworn, deposes and states as follows:

1. I am an attorney working for Barry V. Voss, P.A., the law firm representing Ronald Wahlstrom, claimant to the defendant property.

2. I make this affidavit in support of Claimant Wahlstrom's Reply To Plaintiff's Memorandum in Opposition to Claimant Ronald Wahlstrom's Motion to Enforce Settlement Agreement.

3. I agreed not to pursue litigation before attempting to settle this matter. After several conversations with AUSA James Alexander, however, it seemed clear to me that discussion was not leading to a resolution, and I opted to file a motion to enforce the settlement.

4. Attached hereto and incorporated herein by reference as **Exhibit A** is a copy of an email I sent to AUSA James Alexander on April 20, 2004.

**FURTHER YOUR AFFIANT SAYETH NOT.**

_s/Samuel J. Glover__________
Samuel J. Glover

Subscribed to and sworn before me this
14th day of June, 2004

_s/Tiffini El_____________
Notary Public

**Samuel J. Glover, Esq.**

---

**From:** Samuel J. Glover, Esq. [samuel_glover@qwest.net]
**Sent:** Tuesday, April 20, 2004 3:59 PM
**To:** 'Jim.Alexander@usdoj.gov'
**Subject:** Ron Wahlstrom

Jim:

It is my intention at this point to bring a motion so that a judge can decide the amount of damages to which Mr. Wahlstrom is entitled. It does not seem to me that you and I can come to a mutually acceptable agreement.

I understand that you have pictures of the property taken by Deputy Drahota soon after Wahlstrom was found on the property disassembling the pole barn. If you get a chance, could you forward copies to me? I can accept digital scans, if that is easier. I would very much appreciate it.

Regards,

Sam

Samuel J. Glover, Esq.
Barry V. Voss, P.A.
527 Marquette Avenue South
Suite 1050
Minneapolis, MN 55402
612-673-0707 phone
612-673-0058 fax
samuel_glover@qwest.net

This message contains confidential information intended for the named addressee(s) and may contain proprietary and/or legally privileged information. If you are not the designated recipient, you may not read, copy, distribute or retain this message. If you received this message in error, please notify the sender by reply e-mail, and destroy and delete it from your system. Thank you.

EXHIBIT

A