**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE OF**
**MOTION DOCUMENTS AND PROPOSED ORDER**

I hereby certify that on (date), I caused the following documents:

REPLY to Response to Motion re [65] MOTION to Stay, [61] MOTION to Amend/Correct [57] MOTION to Enforce Judgment filed by Ronald Ray Wahlstrom. (Attachments: # (1) Exhibit Affidavit and Exhibit)(Glover, Samuel)

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

James S Alexander jim.alexander@usdoj.gov,
jill.fedo@usdoj.gov;angie.schreyer@usdoj.gov

Dated:June 16, 2004

**s/ Samuel J. Glover**
Samuel J. Glover