# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | **COURT MINUTES** BEFORE: DONOVAN W. FRANK U.S. Judge |
| v. | ) | Case No: 00-445 (DWF/RLE) |
| | ) | Date: JUNE 18, 2004 |
| SOUTH HALF , ET AL., | ) | Court Reporter: JEANNE ANDERSON |
| | ) | Time Commenced: 1:30 |
| Defendant. | ) | Time Concluded: 2:30 |
| | ) | Time in Court: 1 Hours & Minutes |

Hearing on: **PLTFS. MOTION TO STAY (65) - TAKEN UNDER ADVISEMENT.**

APPEARANCES:

Plaintiff: JAMES ALEXANDER
Defendant: SAMUEL GLOVER and BARRY VOSS

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

: **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Lowell Lindquist
Deputy Clerk